UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Thomas F Hannum,

: Chapter 13
:
: Case No. 24-13550 (PMM)
:

Debtor.

## ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR

**AND NOW** a hearing with regard to the Order to Show Cause (doc.# 10) having been held and concluded on November 7, 2024;

AND the Debtor having failed to appear at the hearing and or to file anything further in this case;

AND for the reasons outlined in the Order to Show Cause,

It is hereby **ordered** that:

1) This bankruptcy case is **dismissed**; and

2) The Debtor is **barred from filing another bankruptcy case, either individually or jointly with a spouse, within one (1) year of the date of this Order without further leave of Court.**

Date: 11/7/24

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Thomas F Hannum
341 Hill Rd
Honey Brook, PA 19344